# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| SANDRA L. WELCH-MALLORY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 4:18-cv-05651-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Date:　December 18, 2018<br>Time:　2:00 p.m.<br>Crtrm:　2 - 4th Floor - Oakland<br><br>Complaint Filed:　September 14, 2018 |

# **ORDER**

Having reviewed Defendant's Request and for good cause shown, IT IS HEREBY ORDERED THAT the Defendant's request for an Order permitting lead counsel to appear telephonically at the Initial Case Management Conference scheduled for December 18, 2018 at 2:00 p.m. is hereby granted. Counsel shall contact Court Call at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: December 6, 2018

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE